## NEW YORK SUPERIOR COURT.

MARGUERITA SCHAUS agt. MAGDALENA PUTSCHER.

A *married woman* cannot be *held to bail* in an action of assault and battery, under the Code. The Code has not changed the law in this respect.

*New York Special Term, September,* 1863.

BOSWORTH, Ch. Justice. This is an application *ex parte* for an order of arrest for assault and battery. It is .conceded that the defendant is a married woman, though the affidavit does not state whether she is or not.

Before the Code, a married woman could not be held to bail in such an action, though the husband might, and be compelled to give bail for both. (*Graham's Pr.*, 127.) The Code has not changed the law on this point. (*Solomon* agt. *Waas and wife*, 2 *Hilt.*, 179.)

Chapter 90 of the Laws of 1860, and chapter 179 of the Laws of 1862, do not profess to touch this question. The law of 1860 declares that no bargain or contract of a married woman in respect to her separate property, or in or about carrying on any trade or business, under the statutes of this state, shall bind her husband or render his property liable therefor. (*Laws of* 1860, *p.* 159, § 8.) His liability for her, and her exemption from liability to be held to bail in an action, therefore, are not affected by these statutes. (*Laws of* 1862, *p,* 344, § 4, *and* 345, § 5.)

The application must be denied.